Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Electronic Mail: gmurphy@luce.com

Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
a California limited liability company,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff 9201 SAN LEANDRO, LLC and defendants PRECISION CASTPARTS CORP., PCC FLOW TECHNOLOGIES HOLDINGS, INC., SULZER PUMPS (US), INC., and GRUNDFOS CBS, INC., ("Defendants") hereby stipulate that Defendants shall have until

///

1  October 12, 2007, to respond to the complaint in this action.

3  DATED: September ____, 2007    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

5  By: _____
6  GERALD M. MURPHY
   Attorneys for Plaintiff 9201 SAN LEANDRO, LLC, a
7  California limited liability company

8  DATED: September 13, 2007    PRECISION CASTPARTS CORP.

10 By: _____
11 EMI DONIS
   Deputy General Counsel

13 DATED: September 13, 2007    PCC FLOW TECHNOLOGIES HOLDINGS, INC.

15 By: _____
16 EMI DONIS
   Deputy General Counsel

18 DATED: September 14, 2007    SULZER PUMPS (US), INC.,

20 By: _____
21 Title: VP Finance

22 DATED: September ____, 2007    GRUNDFOS CBS, INC

24 By: _____
25 Title: _____

27 301016386.1

1  October 12, 2007, to respond to the complaint in this action.

2

3  DATED: September 20, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

4

5                                     By: /s/ *signature* (for)
                                          GERALD M. MURPHY
6                                         Attorneys for Plaintiff 9201 SAN LEANDRO, LLC, a
                                          California limited liability company
7

8  DATED: September 13, 2007          PRECISION CASTPARTS CORP.

9

10                                    By: *signature*

11                                        EMI DONIS
                                          Deputy General Counsel
12

13 DATED: September 13, 2007          PCC FLOW TECHNOLOGIES HOLDINGS, INC.

14

15                                    By: *signature*

16                                        EMI DONIS
                                          Deputy General Counsel
17

18 DATED: September ___, 2007         SULZER PUMPS (US), INC.,

19

20                                    By: _____

21                                        Title: _____

22 DATED: September 14, 2007          GRUNDFOS CBS, INC

23

24                                    By: *signature*
                                          LARRY C. WIMMER
25                                        Title: Regional Man. Dir Grundfos N.A.

26

27 301016386.1

28