SCOTT J. KAPLAN, State Bar No. 143478
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendants Precision Castparts Corp.
and PCC Flow Technologies Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that:

1. In order to facilitate meet-and-confer discussions, the parties request additional time to discuss and confer regarding potential motions against the complaint and the potential for amendment. Therefore, to conserve the parties' and the Court's resources, and avoid potentially unnecessary motion practice, the parties stipulate and move the Court to extend the time for

/ / / / /

/ / / / /

/ / / / /

1  defendants to respond to the complaint to and including October 31, 2007.

_____
Scott J. Kaplan, State Bar No. 143478
 Attorneys for Defendants Precision
 Castparts Corp., and PCC Flow
 Technologies

_____
Gerald M. Murphy, State Bar No. 99994
William L. Marchant, State Bar No. 154445
 Attorneys for Plaintiff 9201 San Leandro,
 LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

   DATED: October ___, 2007

                                    _____
                                    The Honorable Elizabeth D. Laporte
                                    Untied States Magistrate Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

STIPULATION AND (PROPOSED) ORDER
TO EXTEND THE TIME TO RESPOND TO      -2-                           C-07 4365 EDL
COMPLAINT
Portlnd3-1601490.1 0099999-00006