Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Electronic Mail: gmurphy@luce.com

Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
a California limited liability company,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that:

In light of the recent fires in San Diego County which have forced closures of Luce Forward Hamilton Scripps LLP's Southern California offices and led to emergency status for much of the firm's operations and personnel, and in order to facilitate meet-and-confer discussions, the parties request additional time to discuss and confer regarding potential motions against the complaint and the potential for amendment. Therefore, to conserve the parties' and the

1  Court's resources, and avoid potentially unnecessary motion practice, the parties stipulate and
2  move the Court to extend the time for defendants to respond to the complaint to and including
3  November 14, 2007.

5  DATED: October 25, 2007

7  By: /s/ Gerald M. Murphy
8  GERALD M. MURPHY, State Bar No. 99994
   ANDREW S. AZARMI, State Bar No. 241407
9  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Attorneys for Plaintiff 9201 SAN LEANDRO, LLC, a
10 California limited liability company.

11 DATED: October __, 2007

14 By: /s/ Scott J. Kaplan
   SCOTT J. KAPLAN, State Bar No. 143478
15 STOEL RIVES LLP
   Attorneys for Defendants PRECISION CASTPARTS
16 CORP., an Oregon corporation; PCC FLOW
   TECHNOLOGIES HOLDINGS, INC., a Delaware
17 corporation; SULZER PUMPS (US), INC., a Delaware
   corporation, GRUNDFOS CBS, INC., a Delaware
18 corporation.

21 301020298.1