Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Electronic Mail: gmurphy@luce.com

Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
a California limited liability company,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>        Defendants. | Case No. C 07 4365 EDL<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

In light of the recent fires in San Diego County which have forced closures of Luce Forward Hamilton Scripps LLP's Southern California offices and led to emergency status for much of the firm's operations and personnel, and in order to facilitate meet-and-confer discussions, the parties have jointly requested additional time to discuss and confer regarding potential motions against the complaint and the potential for amendment. Therefore, to conserve the parties' and the Court's resources, and avoid potentially unnecessary motion practice, PURSUANT TO STIPULATION the Court extends the time for defendants to respond to the

1 | complaint up to and including November 14, 2007.
2 |     PURSUANT TO STIPULATION, it is so ordered.
3 |
4 | DATED: October _____, 2007
5 |
6 |                        By: _____
7 |                           The Honorable Elizabeth D. Laporte
                          Unites States Magistrate Judge
8 |
  301020359.1
9 |