1  Gerald M. Murphy, State Bar No. 99994
   Justin L. Allamano, State Bar No. 229764
2  Andrew S. Azarmi, State Bar No. 241407
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  Electronic Mail: gmurphy@luce.com

6  Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
   a California limited liability company,
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO/OAKLAND DIVISION

12

13 | 9201 SAN LEANDRO, LLC, a California    | Case No. C 07 4365 EDL
   | limited liability company,
14 |                                        | [~~PROPOSED~~] ORDER FOR
   |            Plaintiff,                  | EXTENSION OF TIME TO
15 |    v.                                  | RESPOND TO COMPLAINT
   |                                        | AS MODIFIED
16 | PRECISION CASTPARTS CORP., an Oregon
   | corporation; PCC FLOW TECHNOLOGIES
17 | HOLDINGS, INC., a Delaware corporation;
   | SULZER PUMPS (US), INC., a Delaware
18 | corporation, GRUNDFOS CBS, INC., a
   | Delaware corporation, and DOES 1 through 25
19 | inclusive,

20 |            Defendants.

21

22     In light of the recent fires in San Diego County which have forced closures of Luce

23 Forward Hamilton Scripps LLP's Southern California offices and led to emergency status for

24 much of the firm's operations and personnel, and in order to facilitate meet-and-confer

25 discussions, the parties have jointly requested additional time to discuss and confer regarding

26 potential motions against the complaint and the potential for amendment. Therefore, to conserve

27 the parties' and the Court's resources, and avoid potentially unnecessary motion practice,

28 PURSUANT TO STIPULATION the Court extends the time for defendants to respond to the

---

1 | complaint up to and including November 14, 2007.

2 |     PURSUANT TO STIPULATION, it is so ordered. However, the Court notes that this is the third extension of time to respond to the complaint. Any further requests for extension will require extremely good cause.

4 | DATED: October 30, 2007

6 | By: _____
The Honorable Elizabeth
Unites States

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

301020359.1