Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Electronic Mail:  gmurphy@luce.com

Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
a California limited liability company,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>　　　　　　Defendants. | Case No. C 07 4365 EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SULZER PUMPS (US), INC. AND GRUNDFOS CBS, INC.** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses defendants SULZER PUMPS (US), INC. and GRUNDFOS CBS, INC. from the above-captioned action without prejudice.

//

//

//

//

1

2  DATED: November 8, 2007

3

4

5  By: _____
   JUSTIN L. ALLAMANO, State Bar No. 229764
6  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Attorneys for Plaintiff 9201 SAN LEANDRO, LLC, a
7  California limited liability company.

8  //

9

10 301021237.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28