SCOTT J. KAPLAN (SB #143478)
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendants
Precision Castparts Corp. and PCC Flow
Technologies Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation; GRUNDFOS CBS, INC., a Delaware corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>**DEFENDANTS' PRECISION CASTPARTS CORP. AND PCC FLOW TECHNOLOGIES HOLDINGS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:   January 8, 2008<br>Time:   9 a.m.<br>Judge:  Elizabeth D. Laporte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on January 8, 2008, at 9 a.m. in Courtroom E of the U.S. District Court for the Northern District of California, defendants PRECISION CASTPARTS CORP. and PCC FLOW TECHNOLOGIES HOLDINGS, INC. will move, pursuant to Rule 12(b)(6) of the Federal Rules Civil Procedure, to dismiss plaintiff's First, Second and Fourth Claims for failure to state a claim upon which relief may be granted.

/ / / / /

/ / / / /

/ / / / /

1  This motion is based upon the accompanying memorandum and the pleadings and papers
2  on file herein.
3  DATED: November 14, 2007.

STOEL RIVES LLP

By: /s/ Scott J. Kaplan
    SCOTT J. KAPLAN
    Attorneys for Defendants
    Precision Castparts Corp. and PCC Flow
    Technologies Holdings, Inc.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS    -2-    C 07 4365 EDL

Portlnd3-1606454.1 0062232-00223