1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation; GRUNDFOS CBS, INC., a Delaware corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PRECISION CASTPARTS CORP. AND PCC FLOW TECHNOLOGIES HOLDINGS, INC.'S MOTION TO DISMISS**<br><br>Date:   January 8, 2007<br>Time:   9 a.m.<br>Judge:  Elizabeth D. Laporte |

Defendants Precision Castparts Corp. and PCC Flow Technologies Holdings, Inc.'s Motion to Dismiss came before the Court, the Honorable Elizabeth D. Laporte presiding, in Department E on January 8, 2007 at 9 a.m.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS    -1-    C 07 4365 EDL

Portlnd3-1606731.1 0062232-00223

1  After full consideration of all of the pleadings, papers and exhibits filed by the parties and oral argument, the Court ORDERS, pursuant to Fed. R. Civ. P. 12(b)(6), that plaintiff's First, Second and Fourth Claims are dismissed for failure to state a claim upon which relief may be granted.

DATED: January ___, 2008.

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS         -2-                                    C 07 4365 EDL

Portlnd3-1606731.1 0062232-00223