ALAMEDA COUNTY
# HEALTH CARE SERVICES
### AGENCY
DAVID J. KEARS, Agency Director



Certified Mail #: 70022030000695741860

August 15, 2007

ENVIRONMENTAL HEALTH SERVICES
ENVIRONMENTAL PROTECTION
1131 Harbor Bay Parkway, Suite 250
Alameda, CA 94502-6577
(510) 567-6700
FAX (510) 337-9335

## NOTICE OF RESPONSIBILITY

| Site Name & Address: | | Local ID: | RO0000320 |
|---|---|---|---|
| PACO PUMPS INC | | Related ID: | 4245 |
| 9201 SAN LEANDRO ST | | RWQCB ID: | 01-1721 |
| Oakland, CA 94603 | | Global ID: | T0600101592 |

Responsible Party:

HAROLD M. VIGNOLES
9201 SAN LEANDRO LLC & HAROLD M \
9201 SAN LEANDRO ST
OAKLAND CA 94603-1237

Date First Reported: 7/10/1992

Substance: 8006619 Gasoline-Automotive (motor gasoline and additives), leaded & unleaded

Funding for Oversight: LOPS - LOP State Fund

Multiple RPs?: Yes

Pursuant to sections 25297.1 and 25297.15 of the Health and Safety Code, you are hereby notified that the above site has been placed in the Local Oversight Program and the individual(s) or entity(ies) shown above, or on the attached list, has (have) been identified as the party(ies) responsible for investigation and cleanup of the above site. Section 25297.15 further requires the primary or active Responsible Party to notify all current record owners of fee title before the local agency considers cleanup or site closure proposals or issues a closure letter. For purposes of implementing section 25297.15, this agency has identified PACO PUMPS INC as the primary or active Responsible Party. It is the responsibility of the primary or active Responsible Party to submit a letter to this agency, within 20 calendar days of receipt of this notice that identifies all current record owners of fee title. It is also the responsibility of the primary or active Responsible Party to certify to the local agency that the required notifications have been made at the time a cleanup or site closure proposal is made or before the local agency makes a determination that no further action is required. If property ownership changes in the future, you must notify this local agency within 20 calendar days from when you are informed of the change.

Any action or inaction by this local agency associated with corrective action, including responsible party identification, is subject to petition to the State Water Resources Control Board. Petitions must be filed within 30 days from the date of the action/inaction. To obtain petition procedures, please FAX your request to the State Water Board at (916) 341-5808 or telephone (916) 341-5650.

Pursuant to section 25296.10(c)(6) of the Health and Safety Code, a responsible party may request the designation of an administering agency when required to conduct corrective action. Please contact this office for further information about the designation process.

Please contact your caseworker WICKHAM, JERRY, at this office at (510)567-6791 if you have questions regarding your site.

Date: 12/2/7

ARIU LEVI, Director
Contract Project Director

| Action: | Add |
|---|---|
| Reason: | Add RPs |

Attachment A: Responsible Parties Data Sheet
cc: Jenniffer Jordan, SWRCB, D. Drogos, File

ALAMEDA COUNTY ENVIRONMENTAL HEALTH
LUFT LOCAL OVERSIGHT PROGRAM

ATTACHMENT A - RESPONSIBLE PARTIES DATA SHEET

August 15, 2007

**Site Name & Address:**
PACO PUMPS INC
9201 SAN LEANDRO ST
Oakland, CA 94603

Local ID: RO0000320
Related ID: 4245
RWQCB ID: 01-1721
Global ID: T0600101592

**All Responsible Parties**

RP has been named a Primary RP - JOHN LILLA
PACO PUMPS INC
16801 GREENSPOINT PARK DR | HOUSTON, CA 77060 | Phone No Phone Number Listed

RP has been named a RP - HAROLD M VIGNOLES
9201 SAN LEANDRO LLC & HAROLD M VIGNOLES
9201 SAN LEANDRO ST | OAKLAND, CA 94603-1237 | Phone No Phone Number Listed

RP has been named a RP - DALLAS NELSON
G P HOLDINGS LLC
PO BOX 14046 | OAKLAND, CA 94614 | Phone (510) 635-8024

**Responsible Party Identification Background**

Alameda County Environmental Health (ACEH) names a "Responsible Party," as defined under 23 C.C.R Sec. 2720. Section 2720 defines a responsible party 4 ways. An RP can be:
1. "Any person who owns or operates an underground storage tank used for the storage of any hazardous substance."
2. "In the case of any underground storage tank no longer in use, any person who owned or operated the underground storage tank immediately before the discontinuation of its use."
3. "Any owner of property where an unauthorized release of a hazardous substance from an underground storage tank has occurred."
4. "Any person who had or has control over an underground storage tank at the time of or following an unauthorized release of a hazardous substance."

ACEH has named the responsible parties for this site as detailed below.

## ATTACHMENT A - RESPONSIBLE PARTIES DATA SHEET (Continued)

August 15, 2007

### Responsible Party Identification

Existence of Unauthorized Release

An underground storage tank (UST) was identified on a 1954 Factory Insurance Association Map for the site. An attempt was made in 1992 to find the UST by excavating in the general location shown on the 1954 map. No tank was found but pipes, debris, and possible fill associated with the former UST were observed. Fuel hydrocarbons were detected in soil samples collected from the excavation. Five monitoring wells were installed at the site from 1992 to 1994. Fuel hydrocarbons (TPHg) and benzene, toluene, ethylbenzene, and xylenes (BTEX) were detected in groundwater samples collected from three of the five monitoring wells. The highest concentrations of TPHg and BTEX were detected in groundwater collected from monitoring well 9MW3, which is located adjacent to the location of the former UST. Based on the evidence of a former UST and soil and groundwater contamination in the area of the former UST, an unauthorized release has occurred.

Responsible Party Identification

PACO Pumps, Inc. was the business owner, tank owner, and property owner from approximately 1985 until 1995. PACO Pumps is the primary responsible party because unauthorized releases occurred during the time that PACO Pumps was the owner of property where an unauthorized release occurred (Definition 3) and PACO Pumps had control of the UST system at the time of or following unauthorized releases (Definition 4).

GP Holdings LLC purchased the property on or about October 23, 1995. GP Holdings LLC is a responsible party because they owned the property after an unauthoroized release occurred (Definition 3).

9201 San Leandro LLC purchased the property on or about April 19, 2000. 9201 San Leandro LLC is a responsible party because they are the current property owner (Definition 3).