UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, | No. C 07-4365 EDL |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| PRECISION CASTPARTS CORPORATION, PCC FLOW TECHNOLOGIES HOLDINGS, INC., | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: November 21, 2007

Signature  Scott J. Kaplan

Counsel for  Defendants
(Name or party or indicate "pro se")

2