**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9201 SAN LEANDRO, LLC

    Plaintiff,

v.

PRECISION CASTPARTS CORPORATION, et al.,

    Defendants.
_____/

No. 07-04365 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for November 27, 2007 at 10:00 a.m. has been continued to **January 8, 2008 at 2:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. The parties shall file a joint case management statement no later than January 3, 2008.

Dated: November 26, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy