SCOTT J. KAPLAN (SB #143478)
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendants
Precision Castparts Corp. and PCC Flow
Technologies Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation; GRUNDFOS CBS, INC., a Delaware corporation; and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No. C 07 4365 EDL<br><br>**DEFENDANTS' PRECISION CASTPARTS CORP. AND PCC FLOW TECHNOLOGIES HOLDINGS, INC.'S CORPORATE DISCLOSURE** |

Pursuant to FRCP 7.1, defendant Precision Castparts Corp. states that it is a publicly held corporation. Defendant PCC Flow Technologies Holdings, Inc. is a wholly owned subsidiary of Precision Castparts Corp.

DATED: December 4, 2007.

STOEL RIVES LLP

By: /s/ Scott J. Kaplan
    SCOTT J. KAPLAN
    Attorneys for Defendants Precision Castparts Corp. and PCC Flow Technologies Holdings, Inc.

## DECLARATION OF SERVICE

I declare that I am over the age of 18 years and not a party to this action. I am employed in the City of Portland and County of Multnomah, Oregon, and my business address is 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204.

On December 4, 2007, at Portland, Oregon, I served the attached document(s):

**DEFENDANTS' PRECISION CASTPARTS CORP. AND PCC FLOW TECHNOLOGIES HOLDINGS, INC.'S CORPORATE DISCLOSURE**

on the following parties:

| | |
|---|---|
| Justin Louis Allamano<br>Luce Forward Hamilton<br>  & Scripps LLP<br>Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582<br>Fax: 1 (514) 356-4610<br>jallamano@luce.com | Gerald Michael Murphy<br>Luce Forward Hamilton<br>  & Scripps LLP<br>Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582<br>Fax: 1 (514) 356-4610<br>gmurphy@luce.comn |

☐ **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

☐ **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

☒ **BY CM/ECF NOTIFICATION:** On the date written above, I electronically filed the attached document via the Court's Cm/ECF system, which, in accordance with General Order No. 45(IX)(B), constitutes service.

☐ **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

☐ **BY OVERNIGHT MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for overnight delivery. In the ordinary course of business, correspondence would be deposited in a box or other facility regularly maintained by the express service carrier or delivered to it by the carrier's authorized courier on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and overnight delivery at the offices of Stoel Rives LLP, 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204, a copy of the attached document in a sealed envelope, with delivery fees prepaid or provided for, addressed as shown on the service list.

☒ **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

    I declare under penalty of perjury under the laws of the states of California and Oregon that the foregoing is true and correct and that this document was executed on December 4, 2007 at Portland, Oregon.

                                              /s/ Julie Ann Weikel
                                              JULIE ANN WEIKEL