# Indemnification Agreement

## INDEMNIFICATION AGREEMENT

Paco Pumps, Inc. a Delaware Corporation ("Indemnitor") enters into this indemnification Agreement in order to induce and encourage Heller First Capital Corp. ("Lender") and Bay Area Employment Development Company ("BAEDC") and the United States Small Business Administration ("SBA") to provide loans to GP Holdings, LLC a California limited liability company ("Borrower")

For valuable consideration and with the intention to be bound legally, the undersigned parties agree as follows:

I.   Definitions.

For the purposes of this Agreement, the following definitions apply:

A.   The term "environment" incorporates by reference the definition of the term at 42 U.S.C. S 9601.

B.   The term "release shall means any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping, or disposing into the environment.

C.   The term "contaminant" means any substance that is hazardous or detrimental to the environment and which is regulated by law, including, without limitation, any hazardous substance (as that term is defined at 42 U.S.C. S 9601), and petroleum (as that term is defined at 42 U.S.C. SS 6991).

D.   The term "Agency" shall means any federal, state or local governmental agency with statutory or regulatory authority to enforce the laws regarding the release of any contaminant into the environment.

E.   The term "Property" means 9201 San Leandro St, Oakland, CA now owned by

Indemnitor, and which is described in greater detail in the mortgages that will be given by Borrower to Lender, Bay Area Employment Development Company, and SBA in the event that the loans are made to finance borrower's purchase of the Property from Indemnitor.

F.  The term "ENSR Report" means a Report showing the results of a Environmental Assessment regarding the Property dated May 15, 1995 that has been prepared by ENSR Consulting & Engineering prior to this Agreement, a copy of which is attached hereto as Exhibit A.

II.  Recitals

A.  Borrower desires to purchase the Property, and has submitted an application to Lender, Bay Area Employment Development Company, and SBA for loans which are to be secured by the Property.

B.  The ENSR Report indicates that there has been a release of a contaminant or contaminants into or on the Property and that remediation of such contaminants is or may be necessary under law.

C.  Lender, Bay Area Employment Development Company and SBA will not make a loan to Borrower unless they are provided with indemnification from indemnitor against losses they may sustain as the result of the release of any contaminant into or on the Property prior to the transfer of such Property to Borrower.

D.  Indemnitor desires to cooperate with and assist Borrower in its efforts to secure a loan from Lender, Bay Area Employment Development Company and SBA by agreeing to perform remediation of all contaminants released into or on the Property prior to the transfer of such Property to Borrower.

III.  Terms and Conditions

Page 2

A. <u>Indemnity From Remediation</u>.

(1) Indemnitor agrees, at its sole cost and expense, to cause to be performed such investigation, monitoring and/or remediation of all contaminants released into or on the Property as described in the <u>ENSR</u> Report.

(2) In the event that any contaminant, not identified in the <u>ENSR</u> Report, is found to have been released into or on the Property prior to the transfer of the Property to Borrower, Indemnitor further agrees, at its sole cost and expense, to cause to be performed such investigation, monitoring and/or remediation of all such contaminants as may be requested or directed by any Agency or that an owner or operator of the Property may be required to perform under law, now or at any time in the future.

(3) Indemnitor's obligations under paragraphs III.A.(1) and III.A.(2) shall continue until such time as any Agency exercising authority over the investigation, remediation and/or monitoring at the Property approves such actions and provides written notice that no further action will be required.

B. <u>Indemnity from Claims</u>. Indemnitor further agrees to indemnify, defend and hold harmless Borrower, Lender, Bay Area Employment Development Company and SBA, and any of their assigns and successors in interest, which may take title to the Property, from and against any liabilities, damages, fees, penalties or losses arising out of any demand, claim or suit by any Agency or any other party relating to any contaminants found to have been released into or on the Property prior to the transfer of the Property to Borrower.

C. <u>Manner of Performance</u>. Indemnitor shall perform its investigation, monitoring and/or remediation in a prompt manner and in compliance with all applicable laws and in a manner and at times which will not unreasonably interfere with Borrower's use of the Property.

Page 3

D.     **Cooperation To Indemnitor.** Borrower, Lender, Bay Area Employment Development Company, SBA, and any of their assigns and successors in interest who may take title to the Property shall provide reasonable cooperation to Indemnitor (1) to allow Indemnitor to cause to be performed any investigation, monitoring and/or remediation pursuant to paragraphs III.A.(1) and III.A.(2) to allow Indemnitor to conduct its defense of any claim or suit referenced in paragraph III.B.(1).

E.     **Reporting Requirements**

(1)     Indemnitor shall promptly provide Lender, BAEDC, SBA and Borrower with copies of any written communications between Indemnitor and any Agency regarding the investigation, monitoring and/or remediation described in paragraphs III.A.(1) and III.A.(2), unless, at its sole option, Lender, BAEDC, SBA and/or Borrower agree to waive their right to obtain some or all of such communications.

(2)     Indemnitor shall promptly provide Borrower, Lender, BAEDC and SBA with a copy of (a) any written communication received from any Agency regarding any contaminants released into or on the Property for which Indemnitor may be responsible under paragraphs III.A. (1) or III.A. (2), and (b) any notice of any demand, claim or suit referenced in paragraph B(1) for which Indemnitor may be responsible.

(3)     Borrower, Lender and SBA, and any of their assigns and successors in interest who may take title to the Property, shall promptly provide indemnitor with a copy of (a) any written communication received from any Agency regarding any contaminants released into or on the Property for which Indemnitor may be responsible under paragraphs III.A. (1) or III.A. (2), and (b) any notice of any demand, claim or suit referenced in paragraph III.B.(1) for which Indemnitor may be responsible.

(4)     In the event that the Property has been transferred or assigned to a party other

Page 4

than Borrower, Lender, BAEDC or SBA and that indemnitor has been notified in writing of this transfer or assignment, Indemnitor's obligations under paragraphs III.E.(1) and III.E.(2) also extend to such assignee or transferee.

F.     <u>Attorney Fees and Costs of Litigation.</u>  Indemnitor agrees to pay all attorney fees and costs of litigation incurred by Borrower, Lender, BAEDC and/or SBA, and any of their assigns and successors in interest who may take title to the Property, in any case brought to enforce the terms of this Agreement in which judgment is entered against Indemnitor.

G.     <u>Notices</u>

All notices required under this agreement shall be made to the following:

(1) All notices to SBA shall be made to:

   District Counsel
   211 Main St, 4th floor
   San Francisco, CA 94105

(2) All notices to Lender shall be made to:
   Kathryn J. Sennott, Senior Loan Officer
   Heller First Capital Corp.
   650 California St, 23rd Fl, San Francisco, CA 94108

(3) All notices to Borrower shall be made to:
   Leonard M. Silvani, GP Holdings, LLC
   9201 San Leandro St, Oakland, CA 94603

(4) All notices to BAEDC shall be made to:
   James Baird
   Bay Area Employment Development Company
   1801 Oakland Blvd #300
   Walnut Creek, CA 94596

(5) All notices to Indemnitor shall be made to:
   Newflo Corporation (for Paco Pumps, Inc.)
   301 Camp Craft Road #100
   Westlake Hills, Austin, TX 78746
   Attn: John Lilla
   Phone 512-314-8500  FAX 512-314-8511

H.     Authority To Sign.

By signing below, each individual represents and warrants that he or she has proper authority to execute this Agreement.

Indemnitor has attached as Exhibit "B" to this Agreement a valid, certified resolution confirming such authority.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the latest date set forth below.

Dated: 7/28/95

*[signature]* ON Behalf of and for PACO Pumps, INC.
John Lilla, Vice President
Paco Pumps, Inc. a Delaware corporation

Dated: _____

_____
Kathryn J. Sennott
Heller First Capital Corp.

Dated: _____

_____
Richard Jones
U.S. SMALL BUSINESS ADMINISTRATION

Dated: 9-25-95

*[signature]*
Leonard M. Silvani
GP Holdings, LLC

Dated: 9/25/95

*[signature]* Exec. Dir.
James Baird
Bay Area Employment Development Company

Page 6