1  Gerald M. Murphy, State Bar No. 99994
   Justin L. Allamano, State Bar No. 229764
2  Andrew S. Azarmi, State Bar No. 241407
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  Electronic Mail: gmurphy@luce.com

6  Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
   a California limited liability company,
7

8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO/OAKLAND DIVISION
12

| | |
|---|---|
| 13  9201 SAN LEANDRO, LLC, a California limited liability company, | Case No. C 07 4365 EDL |
| 14                                    Plaintiff, | **PROPOSED ORDER DENYING DEFENDANTS PRECISION CASTPARTS CORP. AND PCC FLOW TECHNOLOGIES HOLDINGS, INC'S MOTION TO DISMISS** |
| 15  v. | |
| 16  PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive, | |
| 17 | Date: January 8, 2008 |
| 18 | Time: 2:00 p.m. |
| 19 | Judge: Honorable Magistrate Judge Laporte |
|  | Courtroom: E, 15th Floor |
| 20                                    Defendants. | |

21
22
23
24
25
26
27
28

Defendants Precision Castparts Corp. and PCC Flow Technologies Holdings, Inc.'s Motion to Dismiss came before the court, the Honorable Elizabeth D. Laporte presiding, in Department E on January 8, 2008 at 2:00 p.m.

After full consideration of the pleadings, papers and exhibits filed by the parties and oral argument, the Court ORDERS that Defendants' Motion to Dismiss Plaintiff's First, Second and Fourth causes of action is DENIED.

DATED: January ____, 2007

By: _____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

301025183.1