1  Gerald M. Murphy, State Bar No. 99994
   Justin L. Allamano, State Bar No. 229764
2  Andrew S. Azarmi, State Bar No. 241407
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  Electronic Mail: gmurphy@luce.com

6  Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
   a California limited liability company,

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company, | Case No. C 07 4365 EDL |
| Plaintiff, | |
| v. | |
| PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | |

21    **CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE**

22        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

23  hereby voluntarily consents to have a United State Magistrate Judge conduct any and all further

24  proceedings in the case, including trial, and order of the entry of a final judgment. Appeal from

25  the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

26  ///

27  ///

28  ///

1  DATED: December 19, 2007        Respectfully submitted,

2                                  LUCE, FORWARD, HAMILTON & SCRIPPS LLP

3

4                                  By: _____
5                                       GERALD M. MURPHY
                                        Attorneys for Plaintiff 9201 SAN LEANDRO, LLC, a
6                                       California limited liability company

7

8  301025345.1