1  Gerald M. Murphy, State Bar No. 99994
   Justin L. Allamano, State Bar No. 229764
2  Andrew S. Azarmi, State Bar No. 241407
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  Electronic Mail: gmurphy@luce.com

6  Attorneys for Plaintiff
   9201 SAN LEANDRO, LLC
7

8  Scott J. Kaplan, State Bar No. 143478
   STOEL RIVES LLP
9  900 SW Fifth Avenue, Suite 2600
   Portland, Oregon 97204-1268
10 Telephone No.: 503.224.3380
   Fax No.: 503.220.2480
11 Electronic Mail: sjkaplan@stoel.com

12 Attorneys for Defendants
   PRECISION CASTPARTS CORP. and
13 PCC FLOW TECHNOLOGIES HOLDINGS, INC.

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                   SAN FRANCISCO/OAKLAND DIVISION
17

| 9201 SAN LEANDRO, LLC, a California limited liability company, | Case No. C 07 4365 EDL |
|---|---|
| Plaintiff, | **DECLARATION OF B. YASINAH JOHNSON RE JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive, | |
| Defendants. | |

///

///

1

DECLARATION OF B. YASINAH JOHNSON RE JOINT CASE MANAGEMENT STATEMENT

I, B. Yasinah Johnson, declare and say as follows:

I am employed as a legal secretary at Luce Forward Hamilton & Scripps LLC, in the County of San Francisco, State of California. On Friday, December 21, 2007, between 4:00 p.m. and 5:00 p.m., I made several attempts to log onto the Court's e-filing website at https://ecf.cand.uscourts.gov/cand/index.html to file the subject Joint Case Management Statement. I received repeated error messages advising that either the login or password that I was using was incorrect. I checked the password and the login and found that both were correct.

I then asked another secretary, Tracy Moyer, to see if she could get onto the Court's website and login with her attorney's password and login. She could not.

I emailed the help desk for the Court's website at ECFHelpdesk@cand.uscourts.gov regarding my inability to login and file the Joint Case Management Statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court.

Dated: December 24, 2007

B. Yasinah Johnson

301025715.1