UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>**CIVIL MINUTES**</u>

**ELIZABETH D. LAPORTE**　　　　　　　　　　　　　　　Date:  January 8, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**　　C-07-04365 EDL

**Title:**　　9201 SAN LEANDRO LLC v. PRECISION CASTPARTS CORP

**Attorneys:**　Plaintiff:  Andrew Azarmi　　　Defendant: Scott Kaplan

**Deputy Clerk:**　　Lili M. Harrell　　　**Court Reporter:**  Lydia Zinn
　　　　　　　　　　　　　　　　　　　　(FTR: 2:18pm - 2:29pm)

**PROCEEDINGS**:　　　　　　　　　　　　　　　　　　**RULINGS:**

Defendants' Motion to Dismiss　　　　　　　　　　　Granted in part with leave
　　　　　　　　　　　　　　　　　　　　　　　　　　to amend

**ORDERED AFTER HEARING: Plaintiff may file an amended complaint no later than 1/22/2008.** Court continues the Case Management Conference to 1/22/2008 at 3:00pm.

**ORDER TO BE PREPARED BY:** [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:


cc: