Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Electronic Mail: gmurphy@luce.com

Attorneys for Plaintiff
9201 SAN LEANDRO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>**CERTIFICATE OF SERVICE** |

1                                                           CERTIFICATE OF SERVICE

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 121 Spear St., Ste. 200, San Francisco, CA 94105.

On January 22, 2008, I served true copies of the following document(s) described as

**FIRST AMENDED COMPLAINT FOR RELIEF UNDER CERCLA, CALIFORNIA HAZARDOUS SUBSTANCE ACCOUNT ACT, NUISANCE, TRESPASS, BREACH OF CONTRACT, INJUNCTIVE RELIEF, DECLARATORY RELIEF, AND DAMAGES**

on the interested parties in this action as follows:

**Scott Jonathan Kaplan**
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
503-294-9318
503-294-9843 (fax)
sjkaplan@stoel.com
 *Assigned: 10/04/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing     **PCC Flow Technologies Holdings, Inc.**
                 *(Defendant)*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 22, 2008, at San Francisco, California.

_Cheryl Cormier_
Cheryl Cormier

301025211.1