In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   January 22, 2008

Case No:  **C- 07-04365 EDL**

Case Name:  **9201 SAN LEANDRO LLC v. PRECISION CASTPARTS CORP**

    Attorneys:   Pltf: Gerald Murphy　　　Deft: Scott Kaplan

    Deputy Clerk:  Lili M. Harrell　　　FTR digital recording: 3:06pm - 3:12pm

**PROCEEDINGS:**　　　　　　　　　　　　　　　**RULING:**

1. Initial Case Management Conference (Telephonic)　　　Held

2.

**ORDERED AFTER HEARING:** Matter referred to the Court's ADR Program for mediation to occur within three months.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   5/20/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**

Last day to add new parties: 2/22/08
Discovery cutoff: 6/30/08
Initial expert disclosure deadline: 7/31/08
Rebuttal expert disclosure deadline: 8/31/08
Expert discovery cutoff: 10/31/08
Dispositive Motion filing deadline: 12/2/08
Dispositive Motions hearing date: 1/6/09
Pretrial Conference: 3/17/09 at 2:00pm
Trial: 4/6/09  at 8:30 a.m., set for 5 days.
    [X] Jury  [ ]  Court

Notes:
cc: ADR