# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| 9201 San Leandro, LLC,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Precision Castparts Corp.,<br><br>            Defendant(s). | 07-04365 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>   **Margaret Corrigan**
>   Circuit Mediation Office
>   U.S. Court of Appeals, Ninth Circuit
>   95 Seventh St.
>   P.O. Box 193939
>   San Francisco, CA 94119
>   415-355-7905
>   Margaret_Corrigan@ca9.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: February 25, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

**Notice of Appointment of Mediator**
07-04365 EDL MED                       - 2 -