1  Gerald M. Murphy, State Bar No. 99994
   Justin L. Allamano, State Bar No. 229764
2  Andrew S. Azarmi, State Bar No. 241407
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  Electronic Mail:  gmurphy@luce.com

6  Attorneys for Plaintiff
   9201 SAN LEANDRO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>   Plaintiff,<br><br>  v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>   Defendants. | Case No. C 07 4365 EDL<br><br>**CERTIFICATE OF SERVICE** |

# **CERTIFICATE OF SERVICE**

*9201 San Leandro v. Precision Castparts Corp., et al.,*

USDC Northern District Case No. C 07 4365 EDL

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On February 26, 2008, I served a true copy of the following document described as:

**JOINT CASE MANAGEMENT STATEMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Scott Jonathan Kaplan, Esq.<br>Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR  97204-1268<br>***Attorneys for Defendants Precision Castparts Corp. & PCC Flow Technologies Holdings, Inc.*** | Tel:  503-294-9318<br>Fax:  503-294-9843<br>Email: sjkaplan@stoel.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  February 26, 2008        /s/ _____
                                 Cheryl Cormier

301025672.1