Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
Andrew S. Azarmi, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
Electronic Mail: gmurphy@luce.com

Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
a California limited liability company,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; SULZER PUMPS (US), INC., a Delaware corporation, GRUNDFOS CBS, INC., a Delaware corporation, and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. C 07 4365 EDL<br><br>**STIPULATION REGARDING APPOINTMENT OF PRIVATE MEDIATOR AND [PROPOSED ORDER]** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be removed from Court sponsored mediation
3  through the Court appointed Mediator, Margaret Corrigan, and referred to private mediation with
4  Hon. Richard Patsey (Ret.) of JAMS.
5  DATED: March 7, 2008

By: _____
ANDREW S. AZARMI, State Bar No. 241407
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Attorneys for Plaintiff
9201 SAN LEANDRO, LLC, a California limited
liability company.

DATED: March 07, 2008

By: _____
SCOTT J. KAPLAN, State Bar No. 143478
STOEL RIVES LLP
Attorneys for Defendants
PRECISION CASTPARTS CORP., an Oregon
corporation; PCC FLOW TECHNOLOGIES
HOLDINGS, INC., a Delaware corporation.

IT IS SO ORDERED.

_____
United States District Court Magistrate Judge Laporte

301033155.1

1

Case No. 07-4365 EDL
STIPULATION REGARDING APPOINTMENT
OF PRIVATE MEDIATOR AND [PROPOSED ORDER]