1  Gerald M. Murphy, State Bar No. 99994
   Justin L. Allamano, State Bar No. 229764
2  Andrew S. Azarmi, State Bar No. 241407
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  Electronic Mail:  gmurphy@luce.com

6  Attorneys for Plaintiff 9201 SAN LEANDRO, LLC,
   a California limited liability company,
7

8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN FRANCISCO/OAKLAND DIVISION
11

12
13 9201 SAN LEANDRO, LLC, a California        Case No. C 07 4365 EDL
   limited liability company,
14                                            **STIPULATION REGARDING**
                                              **APPOINTMENT OF PRIVATE**
15             Plaintiff,                      **MEDIATOR AND [~~PROPOSED~~ ORDER]**
         v.
16
   PRECISION CASTPARTS CORP., an Oregon
17 corporation; PCC FLOW TECHNOLOGIES
   HOLDINGS, INC., a Delaware corporation;
18 SULZER PUMPS (US), INC., a Delaware
   corporation, GRUNDFOS CBS, INC., a
19 Delaware corporation, and DOES 1 through 25
   inclusive,
20
              Defendants.
21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2 designated counsel that the above-captioned action be removed from Court sponsored mediation

3 through the Court appointed Mediator, Margaret Corrigan, and referred to private mediation with

4 Hon. Richard Patsey (Ret.) of JAMS.

5 DATED: March 7, 2008

6

7    By: _____

8    ANDREW S. AZARMI, State Bar No. 241407
     LUCE, FORWARD, HAMILTON & SCRIPPS LLP
9    Attorneys for Plaintiff
     9201 SAN LEANDRO, LLC, a California limited
10   liability company.

11 DATED: March 6, 2008

12

13

14   By: _____

15   SCOTT J. KAPLAN, State Bar No. 143478
     STOEL RIVES LLP
     Attorneys for Defendants
16   PRECISION CASTPARTS CORP., an Oregon
     corporation; PCC FLOW TECHNOLOGIES
17   HOLDINGS, INC., a Delaware corporation.

18

19

20 IT IS SO ORDERED.

21

   March 10, 2008
22

23   _____
     United States Magistrate Judge Laporte
24 301033155.1

25

26

27

28

                                    1                    Case No. 07-4365 EDL
                                            STIPULATION REGARDING APPOINTMENT
                                            OF PRIVATE MEDIATOR AND [PROPOSED
                                                                          ORDER]