1  SCOTT J. KAPLAN (SB #143478)
   sjkaplan@stoel.com
2  STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
3  Portland, OR  97204
   Telephone:  (503) 224-3380
4  Facsimile:  (503) 220-2480

5  Attorneys for Defendants
   PRECISION CASTPARTS CORP. AND PCC
6  FLOW TECHNOLOGIES HOLDINGS, INC.

7

8  MR. GERALD M. MURPHY (SB #99994)
   gmurphy@luce.com
   LUCE, FORWARD,
9    HAMILTON & SCRIPPS, LLP
   Email: gmurphy@luce.com
10 ANDREW S. AZARMI (SB #241407)
   aazami@luce.com
11 Two Rincon Center
   121 Spear Street, Suite 200
12 San Francisco, CA  94105
   Telephone:  (415) 356-4689
13 Facsimile:  (415) 356-3897

14 Attorneys for Plaintiff
   9201 SAN LEANDRO, LLC

15

16

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO/OAKLAND DIVISION

20 9201 SAN LEANDRO, LLC, a California        Case No. C 07 4365 EDL
   limited liability company,
21                                            **STIPULATED MOTION AND ORDER**
                 Plaintiff,                   **CONTINUING PRETRIAL**
22                                            **DEADLINES**
              v.
23
   PRECISION CASTPARTS CORP., an Oregon
24 corporation; PCC FLOW TECHNOLOGIES
   HOLDINGS, INC., a Delaware corporation;
25 and DOES 1 THROUGH 25, inclusive,

26               Defendants.

27

28

                                   -1-

1    The parties hereto, by and through their undersigned counsel, here by stipulate and move

2    the Court as follows:

3    1.    On May 6, 2008, the parties held a mediation before the Honorable Richard Patsey

4    (Ret.) to try to resolve this environmental case.  The result of the mediation was that plaintiff

5    agreed to conduct additional site sampling and analysis and to share this information with

6    defendants.  This investigation will help to define the scope of the site contamination and allow

7    the parties to estimate cleanup costs.  With this additional information, the parties will be better

8    able to determine if a negotiated settlement is feasible.

9    2.    The parties committed to exchange cost estimates in mid-July with the potential,

10    should the parties agree it would be productive, for an additional session with Judge Patsey on

11    August 1, 2008.  During this time period, the parties will not conduct formal discovery.

12    3.    For these reasons, the parties move the Court to extend the case schedule as

13    follows:

14    •    Nonexpert discovery cutoff:   December 31, 2008

15    •    Last day to file dispositive motions:  March 13, 2009

16    / / / / /

17    / / / / /

18    / / / / /

19    / / / / /

20    / / / / /

21    / / / / /

22    / / / / /

23    / / / / /

24    / / / / /

25    / / / / /

26    / / / / /

27    / / / / /

28    / / / / /

STIPULATED MOTION AND ORDER
CONTINUING PRETRIAL DEADLINES C 07
4365 EDL

Portlnd3-1628072.1 0062232-00223

4.     The parties further move the Court to continue the pretrial conference and trial in conformity with these requested dates and to reset the Further Case Management Conference scheduled for May 20, 2008 to a date in September 2008.

DATED: May 9, 2008                          STOEL RIVES LLP


By:/s/ Scott J. Kaplan
   SCOTT J. KAPLAN
   Attorneys for Defendants
   Precision Castparts Corp. and PCC Flow
   Technologies Holdings, Inc.

DATED: May 9, 2008                          LUCE, FORWARD, HAMILTON &
                                            SCRIPPS, LLP


By:/s/ Gerald M. Murphy
   GERALD M. MURPHY
   Attorneys for Plaintiff
   9201 San Leandro, LLC

## DECLARATION REGARDING SIGNATURES

I, Scott J. Kaplan, declare under penalty of perjury that I obtained concurrence to file this document from each of the other signatories to this document.


/s/ Scott J. Kaplan
Scott J. Kaplan


IT IS SO ORDERED this _____ day of _____, 2008.


Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

STIPULATED MOTION AND ORDER
CONTINUING PRETRIAL DEADLINES C 07
4365 EDL

Portlnd3-1628072.1 0062232-00223