IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9201 SAN LEANDRO LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>PRECISION CASTPARTS CORP, et al.,<br><br>         Defendants.<br>_____/ | No. C-07-04365 EDL<br><br>**ORDER RE: STIPULATED ORDER CONTINUING PRETRIAL DEADLINES** |

On May 9, 2008, the parties filed a stipulation to continue the pretrial and trial dates in this case. For good cause shown, the Court issues the following revised scheduling order.

1. The Further Case Management Conference is continued to September 9, 2008 at 3:00 p.m. Counsel shall file a joint case management conference statement no later than August 26, 2008.

2. The non-expert discovery cutoff is continued to December 31, 2008.

3. The last day to file dispositive motions is continued to March 17, 2009.

4. The pretrial conference is continued to June 30, 2009.

5. The trial is continued to July 20, 2009 at 8:30 a.m.

6. In all other respects, the Court's January 31, 2008 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED**

Dated: May 13, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge