1  JOHN F. BARG (State Bar No. 60230; jfb@bcltlaw.com)
   BARG COFFIN LEWIS & TRAPP, LLP
2  350 California Street, 22nd Floor
   San Francisco, California 94105-1435
3  Telephone:    (415) 228-5400
   Facsimile:    (415) 228-5450
4

5  Attorneys for Plaintiff
   9201 San Leandro, LLC
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO

11

12 | 9201 SAN LEANDRO, LLC, a California      | Case No.: 3:07-cv-04365-EDL
   | limited liability company,
13 |
   |         Plaintiff,                       | **SUBSTITUTION OF COUNSEL**
14 |
   |    v.
15 |
   | PRECISION CASTPARTS COPR., an Oregon
16 | corporation; PCC FLOW TECHNOLOGIES
   | HOLDINGS, INC., a Delaware corporation; and
17 | DOES 1 THROUGH 25, inclusive,
   |
18 |         Defendants.

19

20     Plaintiff 9201 SAN LEANDRO, LLC hereby substitutes counsel in this matter as follows:

21 New Counsel:     John F. Barg, Esq.
22                  Barg Coffin Lewis & Trapp, LLP
                    350 California Street, 22nd Floor
23                  San Francisco, CA  94105-1435
                    Telephone:    (415) 228-5400
24                  Facsimile:    (415) 228-5450
                    Email:        jfb@bcltlaw.com
25

26 in place and instead of former counsel:

27                  Luce Forward Hamilton & Scripps LLP
                    Rincon Center II
28                  121 Spear Street, Suite 200
                    San Francisco, CA  94105-1582

**SUBSTITUTION OF COUNSEL**
**Case No.** 3:07-cv-04365

535358.1

1 | I agree to the above substitution.

2 | 9201 SAN LEANDRO, LLC

4 | Dated: July 31, 2008        By:    /S/ Mark Vignoles
                                       MARK VIGNOLES
5 |                             Its:

7 | I agree to the above substitution.

9 | LUCE FORWARD HAMILTON & SCRIPPS LLP

10 | Dated: July 30, 2008        By:    /S/ Gerald Murpy
                                        GERALD MURPHY

13 | I agree to the above substitution.

15 | BARG COFFIN LEWIS & TRAPP, LLP

17 | Dated: July 31, 2008        By:    /S/ John F. Barg
                                        JOHN F. BARG

2

**SUBSTITUTION OF COUNSEL**
**Case No.** 3:07-cv-04365

535358.1

**DECLARATION**

I hereby attest that I have on file holograph signatures for all signatures indicated by a "conformed" signature (/S/) within this efiled document.

BARG COFFIN LEWIS & TRAPP, LLP

Dated:   July 31, 2008         By:     /S/ John F. Barg
                                       JOHN F. BARG