In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   September 9, 2008

Case No:  **C- 07-04365 EDL**

Case Name:  **9201 SAN LEANDRO LLC v. PRECISION CASTPARTS CORP**

    Attorneys:   Pltf: John Barg    Deft: Scott Kaplan

    Deputy Clerk:  Lili M. Harrell    FTR digital recording: 3:24pm - 3:33pm

**PROCEEDINGS:**    **RULING:**

1. Further Case Management Conference    Held

2.

**ORDERED AFTER HEARING:**   Amended complaint shall be filed by 9/30/2008.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**


**PRETRIAL SCHEDULE:**

Discovery cutoff: 3/31/09
Initial expert disclosure deadline: 4/20/09
Rebuttal expert disclosure deadline: 5/11/09
Expert discovery cutoff: 5/29/09
Dispositive Motion filing deadline: 6/16/09
Dispositive Motions hearing date: 7/21/09
Pretrial Conference: 9/29/09 at 2:00pm
Trial: 11/2/09  at 8:30 a.m., set for 5 days.
    [X] Jury  [ ]  Court

Notes:
cc: