JOHN F. BARG (State Bar No. 60230)
(E-mail: jfb@bcltlaw.com)
MARC A. ZEPPETELLO (State Bar No. 121185)
(E-mail: maz@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94105-1435
Telephone:   (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Plaintiff
9201 SAN LEANDRO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No.:  3:07-cv-04365-EDL<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIMS AGAINST AND BY PRECISION CASTPARTS CORP. AND FOR SUBSTITUTION OF PCC FLOW TECHNOLOGIES, INC. AS A DEFENDANT IN PLACE OF PCC FLOW TECHNOLOGIES HOLDINGS, INC. |

Plaintiff 9201 San Leandro, LLC and Defendants Precision Castparts Corp. ("Precision") and PCC Flow Technologies, Inc. ("PCC Flow") (erroneously sued as PCC Flow Technologies Holdings, Inc.), through their respective attorneys of record, hereby stipulate and agree as follows:

1.   Plaintiff hereby dismisses without prejudice all its claims against Precision in this action, and Precision hereby dismisses without prejudice all its counterclaims against Plaintiff in this action, with each of said parties to bear its own costs and attorneys' fees.

2.   PCC Flow has represented to Plaintiff that PCC Flow is a wholly-owned subsidiary of PCC Flow Technologies Holdings, Inc., and that PCC Flow, and not PCC Flow

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIMS AGAINST AND BY PRECISION CASTPARTS AND FOR SUBSTITTUION OF PCC FLOW TECHNOLOGIES, INC. AS A DEFENDANT
Case No. 3:07-cv-04365-EDL

558579.1

Technologies Holdings, Inc., is the corporate successor of Paco Pumps, Inc. Based on those representations, Plaintiff and PCC Flow agree to substitute PCC Flow as a defendant in this action in place and instead of PCC Flow Technologies Holdings, Inc., and PCC Flow further agrees to waive service of a summons and Plaintiff's Third Amended Complaint.

DATED: November 13, 2008         BARG COFFIN LEWIS & TRAPP, LLP


                                 By: /S/ Marc A. Zeppetello
                                     MARC A. ZEPPETELLO
                                     Attorneys for Plaintiff
                                     9201 SAN LEANDRO, LLC

DATED: November 13, 2008         STOEL RIVES, LLP


                                 By: /S/ Scott J. Kaplan
                                     SCOTT J. KAPLAN
                                     Attorneys for Defendants
                                     PRECISION CASTPARTS CORP. and
                                     PCC FLOW TECHNOLOGIES, INC.

## ATTESTATION REGARDING SIGNATURES

In accordance with General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

                                 BARG COFFIN LEWIS & TRAPP, LLP

Dated: November 13, 2008         By: /S/ Marc A. Zeppetello
                                     MARC A. ZEPPETELLO

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's claims against Precision Castparts Corp. ("Precision") and Precision's counterclaims against Plaintiff are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

2. PCC Flow Technologies, Inc. is hereby substituted as a defendant in place and instead of PCC Flow Technologies Holdings, Inc.

Dated: __11/17/08__



Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF CLAIMS AGAINST AND BY PRECISION CASTPARTS AND FOR SUBSTITTUION OF PCC FLOW TECHNOLOGIES, INC. AS A DEFENDANT
Case No. 3:07-cv-04365-EDL

3

558579.1