```
1  JOHN F. BARG (State Bar No. 60230)
   (E-mail: jfb@bcltlaw.com)
2  MARC A. ZEPPETELLO (State Bar No. 121185)
   (E-mail: maz@bcltlaw.com)
3  BARG COFFIN LEWIS & TRAPP, LLP
   350 California Street, 22nd Floor
4  San Francisco, California 94105-1435
   Telephone:    (415) 228-5400
5  Facsimile:    (415) 228-5450

6  Attorneys for Plaintiff
   9201 SAN LEANDRO, LLC

7
   SCOTT J. KAPLAN (State Bar No. 143478)
8  (E-mail: sjkaplan@stoel.com)
   STOEL RIVES LLP
9  900 S.W. Fifth Avenue, Suite 2600
   Portland, Oregon 97204-1268
10 Telephone:    (503) 224-3380
   Facsimile:    (503) 220-2480
11
   Attorneys for Defendants
12 PRECISION CASTPARTS CORP. and
   PCC FLOW TECHNOLOGIES HOLDINGS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| 9201 SAN LEANDRO, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>PRECISION CASTPARTS CORP., an Oregon corporation; PCC FLOW TECHNOLOGIES HOLDINGS, INC., a Delaware corporation; and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No.: 3:07-cv-04365-EDL<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record and pursuant to Federal Rule of Civil Procedure 41, that: (1) the claims asserted by Plaintiff 9201 San Leandro, LLC in the above-captioned action be and hereby

are dismissed with prejudice; and (2) the claims asserted by Defendant PCC Flow Technologies, Inc. in the above-captioned action be and hereby are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: September 21, 2009     BARG COFFIN LEWIS & TRAPP, LLP

By:    /S/ Marc A. Zeppetello
       MARC A. ZEPPETELLO
Attorneys for Plaintiff
9201 SAN LEANDRO, LLC

DATED: September 21, 2009     STOEL RIVES, LLP

By:    /S/ Scott J. Kaplan
       SCOTT J. KAPLAN
Attorneys for Defendants
PRECISION CASTPARTS CORP. and
PCC FLOW TECHNOLOGIES HOLDINGS, INC.

### ATTESTATION REGARDING SIGNATURE

This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 21, 2009

BARG COFFIN LEWIS & TRAPP, LLP

By:    /S/ Marc A. Zeppetello
       MARC A. ZEPPETELLO

**STIPULATION OF DISMISSAL**
**Case No.** 3:07-cv-04365-EDL

652640.1

1 **[~~PROPOSED~~] ORDER**

2  Pursuant to the stipulation of the parties, this action is hereby dismissed.

3  **IT IS SO ORDERED:**

4  September 21, 2009



IT IS SO ORDERED

Judge Elizabeth D. Laporte

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  BARG COFFIN LEWIS & TRAPP ATTORNEYS LLP
27
28

3

**STIPULATION OF DISMISSAL**
**Case No.** 3:07-cv-04365-EDL

652640.1